## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

**DOUGLAS DRABECK**

      Plaintiff,

    vs.

**MOTORIST MUTUAL INSURANCE
COMPANY,**

      Defendant.

CIVIL DIVISION

NO: 2:08-cv-01648-GLL

### STIPULATION FOR DISMISSAL

WHEREAS this matter settled before Mediator Eugene Scanlon on April 14, 2009 the defendant has instructed counsel for plaintiff as a condition precedent to receipt of settlement funds that this Stipulation be filed and, therefore, it is stipulated that dismissal occur except that the Court shall retain jurisdiction for purposes of interpreting and enforcing the Settlement Agreement which includes payment by defendant of record costs.

Respectfully submitted,

SO ORDERED, this 5 day of June, 2009.

Gary L. Lancaster, U.S. District Judge

/S/ Judd Crosby
Judd F. Crosby, Esquire
PA ID #16373
jcrosby123@aol.com
Attorney for Plaintiff

1110 Centre City Tower
650 Smithfield St.
Pittsburgh, PA 15222

(412) 471-3530
(412) 281-7625 (Fax)